The People of the State of New York ex rel. Emanuel Barnet, Appellant, v. Raymond B. Fosdick, as Commissioner of Accounts of The City of New York, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Hans Mahler Company and Emily Mahler, Appellants, v. Hans Mahler and Maldurmin Importing Company, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion.

The People of the State of New York ex rel. Etta Sandner, Appellant, v. Erster Sombur Kranken Unterstutzungs Verein, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Howard J. Smith v. Fox Construction Company.— Motion granted.

John Distler v. J. C. G. Hupfel Brewing Company.— Motion denied.

Morris Goldberg v. Ella O. Willits.— Motion granted, with ten dollars costs.

Simon Heller v. Buruham Kalisch.— Motion denied, with ten dollars costs.

William E. Mowbray v. Harriet De Forest.— Motion denied, with ten dollars costs. No opinion.

Bertha Schiefer v. Minna Freygang.— Motion denied.

George W. Griffin v. Daniel M. Brady.— Motion denied, with ten dollars costs.

E. Porter Fraker v. A. G. Hyde and Sons.— Motion denied, with ten dollars costs.

In the Matter of The Farmers' Loan and Trust Company.— Motion denied, with ten dollars costs.

S. Stanley Sapiro v. Edward J. Sisley. Cortlandt P. Meyborg v. George B. Hayes. Louis Brenner v. Long Island Railroad Company. Harry L. Zimmerly v. Adrian H. Joline and Another. Lillie Budner v. Adrian H. Joline and Another. Goodfield Realty Company v. Sigmund G. Wormser. W. F. Powers Company v. Louis J. Schloss. (2 cases.)— Applications denied, with ten dollars costs. Order signed.

Charles Ginsberg v. Bernard Friedman. (2 cases.)— Applications granted. Orders signed.

In the Matter of Isidore L. Pascal.— Application granted. Settle order on notice.

William O. Horn v. Kathleen Horn.— Motion to dismiss appeal denied, with ten dollars costs:

John E. Madden, Respondent, v. Louis V. Bell, Appellant.— Judgment affirmed, with costs, with leave to defendant to amend on payment of costs. No opinion.

United States Trust Company of New York, Respondent, v. Anna K. Daniel, Appellant, Impleaded with Clark H. Abbott and Others.— Judgment affirmed, with costs. No opinion.

Philip Straus, as Trustee of Emil F. Struever, Bankrupt, Respondent, v. Leon C. Weinstock, Appellant.— Judgment affirmed, with costs. No opinion.

The American Planograph Company and George D. Morgan, Trustee, Respondents, v. Emery J. Smith, Appellant.— Judgment affirmed, with costs, with leave to defendant to withdraw demurrer and to answer on payment of costs. No opinion.